In the Matter of the Application of WILLIAM H. JACKSON for the Removal of AUSTIN J. YERKS from the Office of Trustee of the Village of Ossining, Westchester County, New York.— Motion to remove respondent from office granted. We concur in the opinion of the learned justice who acted as referee in this matter that the respondent is a man of probity and integrity and that he did not intend to do any wrong; but he has unwittingly violated the law, and under the rule laid down by this court in *Matter of Moran* (145 App. Div. 642) his removal must follow. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY CO., INC., Appellant.— Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

SADIE KWESTEL, Appellant, v. HARRY KWESTEL, Respondent.— Motion to dismiss appeal dismissed in view of the decision in *Kwestel* v. *Kwestel* (*post*, p. ——), decided herewith. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

SIMON J. LAPOF, Respondent, v. LINA POSTULNICK and Another, Appellants. A. POSTULNICK REALTY CORPORATION, Defendant.— Motion to dismiss appeal denied, upon condition that appellants perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

LAWRENCE CLEANERS & DYERS, INC., Respondent, v. ABRAHAM WEISS, Appellant.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

DENIS T. LYONS, Appellant, v. ISLAND PARK-LONG BEACH, INC., Respondent. — Motion for stay granted, upon condition that within five days from the entry of the order herein plaintiff give an undertaking, with corporate surety, to secure defendant for the use and occupation in the event that plaintiff does not succeed on the appeal; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ. Settle order on notice.

ROSE MAGGI, Appellant, v. GUISEPPI A. SABATINI and ROSA SABATINI, Respondents.— Motion to amend order dated May 31, 1928, granted, and order amended so that, instead of providing that the account therein referred to should be taken and stated before an official referee, it provide that the account be taken and stated before Hon. James C. Van Siclen, official referee. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

HENRY MEYERHOFF and ETTA KOENIG, Respondents, Appellants, v. WILLIAM T. NEMEROV and Another, etc., Appellants, Respondents.— Motion to dispense with the printing of exhibits granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BARTOLOMEO MOTTOLA, Appellant, v. GIUSEPPE DENTE (Sued Herein as

Giuseppe Denti), Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Francisco Muriel, as Administrator, etc., of Julio Muriel, Deceased, Appellant, v. Baltimore Insular Line, Inc., Respondent, and Others, Defendants.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

John J. O'Donnell, Appellant, v. J. Norman Whitehouse and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Raffaele Pugliese, Respondent, v. Rosalia Pugliese, etc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion to vacate stay denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

The People of the State of New York, Respondent, v. Victor De Santis, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

The People of the State of New York, Respondent, v. Hugh Weidinger, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

The People of the State of New York, by the Commissioner of Public Welfare of the City of New York, on Complaint of Florence Ederle, Respondent, v. Abraham Braver, Appellant.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Louis Rosenberg, Appellant, v. Sea Breeze Foundation, Inc., Respondent, and Another, Defendant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

H. Landon B. Ryder, Respondent, v. Anna G. W. Dayley, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Bella Scheinwald, Appellant, v. Reuben Scheinwald, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Eugene Sherk, as Receiver, etc., Respondent, v. Lucille Catena and Others, Appellants. Millfield Realty Company and Another, Defendants.— Motion for stay granted, upon condition that within five days from the entry of the order herein appellants file an undertaking, with corporate surety, conditioned to pay the amount of the judgment appealed from, including the costs